Stanley V. Atlas, appellee, v. Polish Progressive Press Company, appellant. Gen. Nos. 30,999 and 31,000.
Suit to recover rent on oral lease. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap,

Judge, presiding. Heard in the third division of this court for the first district at the March term, 1926. Affirmed. Opinion filed December 29, 1926. Rehearing denied January 12, 1927.

Carl Strover, for appellant. Charles P. Molthrop and Alex M. Smietanka, for appellee.

Mr. Justice Thomson delivered the opinion of the court.